WILLIAM J. FERREN & ASSOCIATES
CHRIS J. CARLING, ESQUIRE
IDENTIFICATION NO. 90411
PO BOX 2903
HARTFORD, CT 06104
Email: ccarling@travelers.com
(570) 343-6570

Attorney for Defendant
Multi-Phase Electrical Services, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY C. COPPOLELLA, et. al.,<br>  Plaintiffs<br>vs.<br><br>DIEGO I. AROCA, NYC STONE CORP. and,<br>MULTI-PHASE ELECTRICAL SERVICES, INC.,<br>  Defendants | CIVIL ACTION - LAW<br>JURY TRIAL DEMANDED<br><br>(Honorable Malachy E. Mannion)<br>Electronically Filed<br><br>Docket #: 3: 19 CV 0303 |

### STIPULATION BETWEEN THE PLAINTIFFS AND THE DEFENDANT, MULTI-PHASE ELECTRICAL SERVICES, INC., REGARDING PUNITIVE DAMAGES

AND NOW, this _____ day of April, 2019, the undersigned parties, by and through their counsel, enter into this Stipulation in an effort to obviate the need for a Rule 12(b)(6) motion:

The allegations concerning "recklessness", "gross negligence" and "wanton conduct", as well as the demand for punitive damages as alleged against the Defendant, Multi-Phase Electrical Services, Inc., ONLY, are STRICKEN from the Complaint without prejudice. The Plaintiffs will retain the right to file a motion with the Court to re-allege the stricken allegations/demand if the Plaintiffs believe that the facts and circumstances revealed in future discovery support such allegations/demand. In such event, the Defendant, Multi-Phase Electrical Services, Inc., will have those defenses to such a motion and the allegations concerning/demand for punitive damages as if made at the outset of litigation, except that said Defendant agrees that it will not raise the statute of limitations or the untimeliness of the substance of such motion (though said Defendant does reserve the right to object to the timeliness of the filing of the motion).

Respectfully Submitted:

By: *Harold J.J. DeWalt, Jr.*
    Harold J.J. DeWalt, Jr., Esquire
    Counsel for the Plaintiffs

Respectfully Submitted:

By: *Chris J. Carling*
    Chris J. Carling, Esquire
    Counsel for the Defendant,
    Multi-Phase Electrical Services, Inc.

APPROVED BY THE COURT:

_____
The Honorable Malachy E. Mannion