IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY C. COPPOLELLA, | : | CIVIL NO. 3:19-CV-0303 |
| et al., | : | (Judge Mannion) |
| Plaintiffs | : | (Magistrate Judge Saporito) |
| v. | : | |
| DIEGO I. AROCA, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW, THIS 21ST DAY OF APRIL, 2020, IT IS HEREBY ORDERED THAT:**

1. The in-person status conference scheduled for April 28, 2020, at 10:00 a.m. is **CONVERTED TO** a telephonic scheduling conference.

2. Counsel shall access the conference by utilizing the following instructions:

    **Toll-Free Number: (888) 251-2909**
    **Access Code: 2052706**

    *s/Joseph F. Saporito, Jr.*
    **JOSEPH F. SAPORITO, JR.**
    **United States Magistrate Judge**