IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY C. COPPOLELLA, et al.,        :
                                      :
              Plaintiffs              :   CIVIL ACTION NO. 3:19-CV-303
                                      :
         vs.                          :   (JUDGE MANNION)
                                      :
DIEGO I. AROCA, et al,                :   (MAGISTRATE JUDGE SAPORITO)
                                      :
              Defendants              :

ORDER OF COURT CONCERNING G.M.K.

AND NOW, this __3rd__ day of November, 2020, upon consideration

of the attached Petition and after Conference thereon, it is hereby

ORDERED that the settlement of the claims/causes of action of G.M.K.

in the total sum of $35,800.00 (all of which is to be paid by the

third party carrier, The Hartford Insurance Company, formerly known

as Navigators Insurance Company) be, and the same is, hereby

approved, counsel fees are allowed and distribution is directed as

follows:

   1.    To G.M.K. the sum of $25,930.88, said funds to be placed in
         a Certificate of Deposit issued by PNC Bank and insured by
         the Federal Deposit Insurance Corporation with no
         withdrawals therefrom without an Order from a court of
         competent jurisdiction and in the absence of such Order
         such funds to remain so invested until G.M.K. attains the
         age of eighteen (18) years.  Proof of deposit is to be
         filed with this Court within twenty (20) days of the
         receipt of the settlement funds by the minor's counsel.

2.    To Harold J.J. DeWalt, Jr., Esquire the sum of $8,950.00 representing his counsel fee.

3.    To Harold J.J. Dewalt, Jr., Esquire the sum of $919.12 representing costs reimbursement.

The terms of the proposed Release attached to the Petition as Exhibit "J" are approved and Kenneth D. King, as parent and natural guardian of G.M.K., is hereby authorized to execute said Release on behalf of himself and the minor child.

After receipt of the settlement funds, the minor's counsel shall file the appropriate documentation to discontinue this action with respect to all Defendants.

BY THE COURT:

_____ J.

2