IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY C. COPPOLELLA, et al., | : |
| Plaintiffs | : CIVIL ACTION NO. 3:19-CV-303 |
| vs. | : (JUDGE MANNION) |
| DIEGO I. AROCA, et al, | : (MAGISTRATE JUDGE SAPORITO) |
| Defendants | : |

**ORDER OF COURT CONCERNING M.S.G.**

AND NOW, this 3rd day of November, 2020, upon consideration of the attached Petition and after Conference thereon, it is hereby ORDERED that the settlement of the claims/causes of action of M.S.G. in the total sum of $82,125.00 ($15,000.00 of which is to be paid by the underinsured motorist carrier, State Farm, and $67,125.00 of which is to be paid by the third party carrier, The Hartford Insurance Company, formerly known as Navigators Insurance Company) be, and the same is, hereby approved, counsel fees are allowed and distribution is directed as follows:

1. To M.S.G. the sum of $31,398.19, said funds to be placed in a Certificate of Deposit issued by PNC Bank and insured by the Federal Deposit Insurance Corporation with no withdrawals therefrom without an Order from a court of competent jurisdiction and in the absence of such Order such funds to remain so invested until M.S.G. attains the age of eighteen (18) years. Proof of deposit is to be filed with this Court within twenty (20) days of the receipt of the settlement funds by the minor's counsel.

2. To Harold J.J. DeWalt, Jr., Esquire the sum of $20,531.25 representing his counsel fee.

3. To Harold J.J. Dewalt, Jr., Esquire the sum of $1,588.61 representing costs reimbursement.

4. To Valley Regional Fire & Rescue the sum of $563.92, to American Patient Transport the sum of $1,514.57, to Lehigh Valley Health Network the sum of $448.46 and to A Pathway to Healing the sum of $80.00, said sums representing the satisfaction of said providers' bills for accident-related professional services.

5. To Optum the sum of $26,000.00 representing payment of the United HealthCare subrogation lien.

The terms of the proposed Release attached to the Petition as Exhibit "L" are approved and Kelli S. Coppolella, as parent and natural guardian of M.S.G., is hereby authorized to execute said Release on behalf of herself and the minor child.

After receipt of the settlement funds, the minor's counsel shall file the appropriate documentation to discontinue this action with respect to all Defendants.

BY THE COURT:

_____ J.