IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY C. COPPOLELLA, et al.,    :
                                    :

               Plaintiffs     :   CIVIL ACTION NO. 3:19-CV-303
                                    :

             vs.          :   (JUDGE MANNION)
                                    :

DIEGO I. AROCA, et al,         :   (MAGISTRATE JUDGE SAPORITO)
                                    :

             Defendants     :

## ORDER OF COURT CONCERNING B.W.G.

AND NOW, this  3rd  day of November, 2020, upon consideration

of the attached Petition and after Conference thereon, it is hereby

ORDERED that the settlement of the claims/causes of action of B.W.G.

in the total sum of $229,000.00 ($50,000.00 of which is to be paid by

the underinsured motorist carrier, State Farm, and $179,000.00 of

which is to be paid by the third party carrier, The Hartford

Insurance Company, formerly known as Navigators Insurance Company)be,

and the same is, her eby approved, counsel fees are allowed and

distribution is directed as follows:

    1.    To B.W.G. the sum of $93,495.06, said funds to be placed in
           a Certificate of Deposit issued by PNC Bank and insured by
           the Federal Deposit Insurance Corporation with no
           withdrawals therefrom without an Order from a court of
           competent jurisdiction and in the absence of such Order
           such funds to remain so invested until B.W.G. attains the
           age of eighteen (18) years.  Proof of deposit is to be
           filed with this Court within twenty (20) days of the
           receipt of the settlement funds by the minor's counsel.

2. To Harold J.J. DeWalt, Jr., Esquire the sum of $57,250.00 representing his counsel fee.

3. To Harold J.J. Dewalt, Jr., Esquire the sum of $1,259.89 representing costs reimbursement.

4. To Valley Regional Fire & Rescue the sum of $661.72 representing the satisfaction of its bill for emergency services of 07/03/2017.

5. To Optum the sum of $76,333.33 representing payment of the United HealthCare subrogation lien.

The terms of the proposed Release attached to the Petition as Exhibit "L" are approved and Kelli S. Coppolella, as parent and natural guardian of B.W.G., is hereby authorized to execute said Release on behalf of herself and the minor child.

After receipt of the settlement funds, the minor's counsel shall file the appropriate documentation to discontinue this action with respect to all Defendants.

BY THE COURT:

_____ J.