IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY C. COPPOLELLA, et al., | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION 3:19-CV-303 |
| | : | (JUDGE MANNION) |
| vs. | : | (MAGISTRATE JUDGE SAPORITO) |
| | : | |
| DIEGO I. AROCA, et al., | : | |
| | : | |
| Defendants | : | |

**PROOF OF DEPOSIT ON BEHALF OF V.G.C., A MINOR**

AND NOW, this 12th day of January, 2021, I, Harold J.J. DeWalt, Jr., Esquire, attorney for V.G.C., a minor, hereby affirm and attest that, pursuant to the terms of the Order of Court dated November 3, 2020, I have established on January 7, 2021 a Certificate of Deposit in the name of V.G.C. with PNC Bank. The certificate number is 3100XXXXXXX and withdrawals from the account are expressly restricted until V.G.C. attains the age of eighteen (18) years or until a Court Order requires earlier withdrawal.

A true and correct copy of the Certificate of Deposit Account Verification indicating a purchase date of January 7, 2021 is appended hereto.

RESPECTFULLY SUBMITTED:

HAROLD J.J. DeWALT, JR., ESQUIRE
I.D. No.: 41326
8 North Main Street
Nazareth, Pennsylvania 18064
610-759-7600
Attorney for V.G.C., a minor

**Certificate of Deposit**
**Account Verification**
PNC Bank, National Association



V███ G C███
NTBW UNTIL AGE 18 OR COURT ORDER
113 E BABBITT AVE
PEN ARGYL PA 18072

| Certificate Number: | Reference Number: |
|---|---|
| 3100████ | 3000171514 |
| Purchase Date: | Purchase Amount: |
| 01/07/2021 | $24,764.25 |
| Maturity Date: | Term: |
| 08/26/2022 | 596 DAYS |
| Annual Percentage Yield: | Interest Rate: |
| 0.02% | 0.02% |
| Renewal Type: | |
| AUTOMATIC | |
| Product Description: | |
| FIXED RATE CD | |

Please review the "Account Agreement for Personal Certificates of Deposit, Retirement Accounts and Coverdell Education Savings Accounts: Certificates of Deposit and Money Markets" for important information about this account.

For additional information, call 1-888-PNC-BANK (1-888-762-2265).

©2021 The PNC Financial Services Group, Inc. All rights reserved.
PNC Bank, National Association. Member FDIC

RDAOPM06A-0617