IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY C. COPPOLELLA, et al., : | |
| : | |
| Plaintiffs : | CIVIL ACTION 3:19-CV-303 |
| : | (JUDGE MANNION) |
| vs. : | |
| : | |
| DIEGO I. AROCA, et al., : | |
| : | |
| Defendants : | |

**PRAECIPE TO DISCONTINUE**

In conformance with the Orders of Court dated November 3, 2020 pertaining to this matter, Proofs of Deposit concerning the net settlement proceeds paid to all minor Plaintiffs were filed with the court on January 12, 2021.

All settlement funds have been received by Plaintiffs' counsel and properly disbursed.

It is hereby requested that this action be marked settled, discontinued and ended as to all named Defendants.

APPROVED:                                 RESPECTFULLY SUBMITTED:

*s/ Malachy E. Mannion*                   _____
MALACHY E. MANNION,                       HAROLD J.J. DeWALT, JR., ESQUIRE
U.S. District Judge                       Pa. I.D. No.: 41326
                                          8 North Main Street
DATE: 1/13/21                             Nazareth, Pennsylvania 18064
                                          610-759-7600
_____           Attorney for All Plaintiffs